AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

ORIGINAL FILED
AUG 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

— OFFENSE CHARGED —
SEE ATTACHMENT

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

PENALTY:
SEE ATTACHMENT

— DEFENDANT - U.S. —
▶ ALEXANDER E. SORIANO

DISTRICT COURT NUMBER
**CR 08-517 CW**

— DEFENDANT —
**IS NOT IN CUSTODY**
1) ☑ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

— PROCEEDING —
Name of Complaintant Agency, or Person (&Title, if any)

UNITED STATES POSTAL SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y   ☐ Defense
☐ this prosecution relates to a pending case involving this same defendant
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

SHOW DOCKET NO.
MAGISTRATE CASE NO.

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ _____  Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ _____  Month/Day/Year

Name and Office of Person Furnishing Information on THIS FORM  **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y   ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  WADE M. RHYNE, AUSA

☐ This report amends AO 257 previously submitted

— ADDITIONAL INFORMATION OR COMMENTS —

PROCESS:
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# PENALTY SHEET ATTACHMENT

## UNITED STATES v. ALEXANDER E. SORIANO

COUNT ONE:     (18 U.S.C. § 641 – Theft of Government Property)
PENALTY:      Imprisonment:     Not More Than Ten Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT TWO:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT THREE:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT THREE:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT FOUR:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT FIVE:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

COUNT SIX:     (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)
PENALTY:      Imprisonment:     Not More Than Five Years
                 Fine:     Not More Than $250,000
                 Supervised Release:     Not More Than Three Years

ASSESSMENT:     Mandatory $100 Special Assessment **each count**.

E-filing

1  JOSEPH P. RUSSONIELLO (CBN 44332)
   United States Attorney
2
3
4
5                                                    ORIGINAL FILED
6                                                    AUG - 5 2008
7                                                    RICHARD W. WIEKING
                                                     CLERK, U.S. DISTRICT COURT
                                                     NORTHERN DISTRICT OF CALIFORNIA
                                                     OAKLAND

8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             OAKLAND DIVISION

11
12  UNITED STATES OF AMERICA,         )   No. CR08-517 CW
                                      )
13           Plaintiff,               )
                                      )   VIOLATIONS: 18 U.S.C. § 641 – Theft of
14       v.                           )   Government Property; 18 U.S.C. § 1920 –
                                      )   False Statement to Obtain Federal Employee
15  ALEXANDER E. SORIANO,             )   Compensation
                                      )
16           Defendant.               )
                                      )   OAKLAND VENUE
17  _____ )

18
19                    I N F O R M A T I O N

20  The United States Attorney charges:

21  COUNT ONE:      (18 U.S.C. § 641 – Theft of Government Property)

22       Between on or about May 14, 2005, and on or about December 8, 2006, in the Northern

23  District of California, the defendant,

24                    ALEXANDER E. SORIANO,

25  did knowingly embezzle, steal, purloin, and knowingly convert to his own use money of the

26  United States Department of Labor, a department or agency of the United States, namely,

27  Workers' Compensation Benefits in the amount of approximately $35,672.11, to which he knew

28  he was not entitled, in violation of Title 18, United States Code, Section 641.

INFORMATION

COUNT TWO:    (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)

On or about May 26, 2005, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Labor, the defendant,

ALEXANDER E. SORIANO,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made a false, fictitious, and fraudulent statement and representation in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of Chapter 81 of Title 5, namely, that he had not worked outside his federal job during the period claimed, and in doing so did falsely obtain benefits in an amount exceeding $1,000, in violation of 18 U.S.C. Section 1920.

COUNT THREE:    (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)

On or about February 3, 2006, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Labor, the defendant,

ALEXANDER E. SORIANO,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made a false, fictitious, and fraudulent statement and representation in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of Chapter 81 of Title 5, namely, that he had not worked outside his federal job during the period claimed, and in doing so did falsely obtain benefits in an amount exceeding $1,000, in violation of 18 U.S.C. Section 1920.

///
///
///
///
///
///

INFORMATION

COUNT FOUR:    (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)

On or about March 28, 2006, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Labor, the defendant,

ALEXANDER E. SORIANO,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made a false, fictitious, and fraudulent statement and representation in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of Chapter 81 of Title 5, namely, that he had not worked outside his federal job during the period claimed, and in doing so did falsely obtain benefits in an amount exceeding $1,000, in violation of 18 U.S.C. Section 1920.

COUNT FIVE:    (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)

On or about April 3, 2006, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Labor, the defendant,

ALEXANDER E. SORIANO,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made a false, fictitious, and fraudulent statement and representation in connection with the application for and receipt of compensation and other benefit and payment under subchapters I and III of Chapter 81 of Title 5, namely, that he had not worked outside his federal job during the period claimed, and in doing so did falsely obtain benefits in an amount exceeding $1,000, in violation of 18 U.S.C. Section 1920.

COUNT SIX:    (18 U.S.C. § 1920 – False Statement to Obtain Federal Employee Compensation)

On or about August 25, 2006, in the Northern District of California, in a matter within the jurisdiction of the United States Department of Labor, the defendant,

ALEXANDER E. SORIANO,

did knowingly and willfully falsify, conceal, and cover up a material fact, and made a false,

INFORMATION

1  fictitious, and fraudulent statement and representation in connection with the application for and
2  receipt of compensation and other benefit and payment under subchapters I and III of Chapter 81
3  of Title 5, namely, that he had not worked outside his federal job during the period claimed, and
4  in doing so did falsely obtain benefits in an amount exceeding $1,000, in violation of 18 U.S.C.
5  Section 1920.

7  DATED: August 4, 2008

JOSEPH P. RUSSONIELLO
United States Attorney

W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____)
AUSA WADE M. RHYNE

INFORMATION