1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  WADE M. RHYNE (CABN 216799)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340-S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      Facsimile:  (510) 637-3724
       E-Mail:    wade.rhyne@usdoj.gov
8
9  Attorneys for Plaintiff

10                     UNITED STATES DISTRICT COURT
11                     NORTHERN DISTRICT OF CALIFORNIA
12                              OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,      ) No. CR-08-0517 CW
   |                                )
14 |     Plaintiff,                 ) STIPULATED REQUEST TO CONTINUE
   |                                ) HEARING DATE TO AUGUST 27, 2008
15 | v.                              ) AND TO EXCLUDE TIME UNDER THE
   |                                ) SPEEDY TRIAL ACT
16 | ALEXANDER E. SORIANO,          )
   |                                ) Date:   August 27, 2008
17 |     Defendant.                 ) Time:   2:00 p.m.
   |                                ) Court:  Hon. Claudia Wilken
18 |_____)

19      The above-captioned matter is currently set on August 20, 2008 before this Court for

20 waiver of indictment and change of plea. The parties request that this Court continue the hearing

21 to August 27, 2008 at 2:00 p.m. and that the Court continue to exclude time under the Speedy

22 Trial Act between August 20, 2008 and August 27, 2008.

23      The government is completing its review of the loss totals in the above-entitled action and

24 finalizing the terms of the plea agreement as discussed by the parties. Likewise, the defense is

25 continuing to review discovery. Both parties require additional time to effectively prepare the

26 case for further disposition and change of plea on August 27, 2008. Therefore, the parties

27 stipulate and request that the Court continue to exclude time between August 20, 2008 and

28 August 27, 2008 under the Speedy Trial Act for reasonable time necessary for counsel to

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE
TIME
No. CR-08-0517 CW

effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv). The parties agree the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 14, 2008



_____
WADE M. RHYNE
Assistant United States Attorney
Counsel for United States

/S/

_____
RODEL E. RODIS
Counsel for Alexander E. Soriano

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0517 CW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ALEXANDER E. SORIANO,<br><br>Defendant. | No. CR-08-0064 CW<br><br>[PROPOSED] ORDER TO CONTINUE HEARING DATE TO AUGUST 27, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:  August 27, 2008<br>Time:  2:00 p.m.<br>Court:  Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from August 20, 2008 to August 27, 2008, and that time be excluded under the Speedy Trial Act between August 20, 2008 and August 27, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or change of plea on August 27, 2008 at 2:00 p.m., and that time between August 20, 2008 and

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0517 CW

1  August 27, 2008 will continue to be excluded under the Speedy Trial Act to allow for the
2  effective preparation of counsel, taking into account the exercise of due diligence.
3
4  DATED:_____                    _____
                                              HON. D. CLAUDIA WILKEN
5                                             United States District Judge

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME
No. CR-08-0517 CW