UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>ALEXANDER E. SORIANO,<br><br>     Defendant. | No. CR-08-0064 CW<br><br>ORDER TO CONTINUE HEARING DATE TO AUGUST 27, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:     August 27, 2008<br>Time:    2:00 p.m.<br>Court:   Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from August 20, 2008 to August 27, 2008, and that time be excluded under the Speedy Trial Act between August 20, 2008 and August 27, 2008 to allow for the effective preparation of counsel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or change of plea on August 27, 2008 at **2:30 p.m.**, and that time between August 20, 2008 and August 27, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

8/14/08

DATED:_____                         _____
                                                HON. D. CLAUDIA WILKEN
                                                United States District Judge

ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME

No. CR-08-0517 CW

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER TO SET CONTINUE HEARING TO AUGUST 27, 2008 AND TO EXCLUDE TIME

No. CR-08-0517 CW