1 RODEL E. RODIS, ESQ. , State Bar No. 95965
LAW OFFICES OF RODEL E. RODIS
2 2429 Ocean Avenue
San Francisco, CA 94127
3 Telephone: (415) 334-7800
Facsimile: (415) 334-7855
4
5 Attorney for Defendant ALEXANDER E. SORIANO

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER E. SORIANO, ) <br> ) <br> Defendant. ) <br> ) | CASE NO. CR-08-0517 CW <br><br> **STIPULATED REQUEST TO CONTINUE HEARING DATE TO SEPTEMBER 17, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** <br><br> Date: September 17, 2008 <br> Time: 2:00 PM <br> Court: Hon. Claudia Wilken |

The above-captioned matter is currently set on August 27, 2008 before this Court for waiver of indictment and change of plea. The parties request that this Court continue the hearing to September 17, 2008 at 2:00 p.m. and that the Court continue to exclude time under the Speedy Trial Act between August 27, 2008 and September 17, 2008.

The defense is requesting this continuance because the Defendant was hospitalized on August 19, 2008 and is scheduled for surgery on September 5, 2008.

The parties stipulate and request that the Court continue to exclude time between August 27, 2008 and September 17, 2008 under the Speedy Trial Act for reasonable time necessary for counsel to effectively prepare, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties agree the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO SEPTEMBER 17, 2008 AND TO EXCLUDE TIME. CASE NO. CR-08-0517 CW

DATED: August 26, 2008

1

2

3       /S/                                              /S/

4  **RODEL E. RODIS**                              **WADE M. RHYNE**
   Counsel for Alexander E. Soriano                Assistant United States Attorney
5                                                  Counsel for United States

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO SEPTEMBER 17, 2008 AND TO EXCLUDE TIME. CASE NO. CR-08-0517 CW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ALEXANDER E. SORIANO, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. CR-08-0517 CW <br><br> [PROPOSED] ORDER TO CONTINUE HEARING DATE TO SEPTEMBER 17, 2008 AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT <br><br> Date: September 17, 2008 <br> Time: 2:00 PM <br> Court: Hon. Claudia Wilken |

The parties jointly requested that the hearing in this matter be continued from August 27, 2008 to September 17, 2008, and that time be excluded under the Speedy Trial Act between August 27, 2008 and September 17, 2008 to allow for the effective preparation of cousel for the reasons set forth in the parties' stipulated request. For these stated reasons, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial. Good cause appearing therefor, and pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv),

**IT IS HEREBY ORDERED** that this matter is set for motions setting or disposition or change of plea on September 17, 2008 at 2:00 p.m., and that time between August 27, 2008 and September 17, 2008 will continue to be excluded under the Speedy Trial Act to allow for the effective preparation of counsel, taking into account the exercise of due diligence.

DATED: _____         _____
                                         **HON. D. CLAUDIA WILKEN**
                                         United States District Judge

STIP. AND [PROPOSED] ORDER TO SET CONTINUE HEARING TO SEPTEMBER 17, 2008 AND TO EXCLUDE TIME. CASE NO. CR-08-0517 CW